**Order entered October 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01670-CV

**D&J REAL ESTATE SERVICES, INC.**
**D/B/A RE/MAX PREMIER GROUP, ET AL., Appellants**

**V.**

**GREG L. PERKINS, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00559-2011**

## ORDER

We **GRANT** appellees' October 24, 2014 motion to file a sur-reply brief. We **ORDER**

the sur-reply brief tendered to this Court by appellees on October 24, 2014 filed as of that date.

No further briefing will be allowed unless ordered by the Court.

/s/    ELIZABETH LANG-MIERS
         JUSTICE